UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHUNTA SHEPARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-01032 |
| | ) |
| CREDIT ONE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

# ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 29) recommending that the Court grant in part and deny in part Credit One Bank, N.A.'s Motion to Compel Arbitration and Dismiss (Doc. No. 19), and, in so doing, compel the arbitration of Shepard's claims and dismiss this action without prejudice. Neither party filed a timely objection to the R&R.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Despite this, the Court reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Credit One's Motion to Compel Arbitration and Dismiss (Doc. No. 41) is **GRANTED IN PART** and **DENIED IN PART**. The action is compelled to arbitration and **DISMISSED WITHOUT PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

1

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE